Case 2:19-cv-00405   Document 11   Filed on 04/23/20 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
April 23, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| TOWNSEL MYERS, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 2:19-CV-405 |
| § | |
| EAST TEXAS TREATMENT FACILITY, § | |
| § | |
| Defendant. § | |

**ORDER ADOPTING MEMORANDUM
AND RECOMMENDATION TO DISMISS CASE**

On March 3, 2020, United States Magistrate Judge Jason B. Libby issued his "Memorandum and Recommendation to Dismiss Case" (D.E. 9). The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's Memorandum and Recommendation. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's Memorandum and Recommendation (D.E. 9), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, this action is

**DISMISSED WITH PREJUDICE** as frivolous and/or for failure to state a claim for relief pursuant to 28 U.S.C. § 1915(e)(2)(B).

ORDERED this 23rd day of April, 2020.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE